A CERTIFIED TRUE COPY

JUL 19 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: 7-24-06
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 03 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 06-2901 MHP

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-266)

FILED
JUL 31 2006
RICHARD W. WIEKING
[illegible]
NORTHERN DISTRICT OF [illegible]

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 81,123 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 19 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-266 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #            CASE CAPTION

CALIFORNIA NORTHERN
  CAN 3  06-2900             Jim Batts, et al. v. General Electric Co., et. al.
  CAN 3  06-2901             Clarence Tolva v. General Electric Co.

FLORIDA SOUTHERN
  FLS 0  06-60650            Judith Ann Shingleton, etc. v. General Electric Co., et al.
  FLS 1  06-21328            Teddy L. Harris, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21329            Joseph J. Moran, Sr., et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21330            John Lewis v. Borg-Warner Corp., et al.
  FLS 1  06-21331            Vincent Papa, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21332            Gerald Kennelly v. Borg-Warner Corp., et al.
  FLS 1  06-21337            Robert E. Smith, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21338            David Sandler, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21339            Hazel Dustin, etc. v. Borg-Warner Corp., et al.
  FLS 1  06-21340            Thomas Snyder, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21341            Helen Smith, etc. v. Borg-Warner Corp., et al.
  FLS 1  06-21342            Douglas Condit, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21344            Bernard Clifford, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21345            Louis Eiden, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21346            Kenneth Quick, et al. v. Borg-Warner Corp., et al.
  FLS 1  06-21347            Christal R. Cook, etc. v. Borg-Warner Corp., et al.
  FLS 1  06-21348            Lynn Roberdeaux v. Borg-Warner Corp., et al.
  FLS 1  06-21349            Berton Rice, et al. v. Borg-Warner Corp., et al.

MISSISSIPPI SOUTHERN
  MSS 1  06-480              Clarence T. Green v. Beazer East, Inc., et al.
  MSS 1  06-494              Isabell Hughes, et al. v. Garlock, Inc., et al.
  MSS 1  06-495              Callie May Day v. Parker Hannifin Corp., et al.
  MSS 1  06-496              Gerald D. Jones v. Crane Co., et al.
  MSS 1  06-497              Tommie Lee Griffin v. Crane Co., et al.
  MSS 1  06-499              Wilburn O. Fowler v. Mississippi Rubber & Specialty Co., et al.
  MSS 1  06-500              Henry Sistrunk v. Mississippi Rubber & Specialty Co., et al.
  MSS 1  06-505              Frederick Peden v. Mississippi Rubber & Specialty Co., et al.
  MSS 1  06-509              Robert McDonald v. Ametek, Inc., et al.
  MSS 1  06-514              Thomas Arnold Callahan v. Robertson-Ceco Corp., et al.

NORTH CAROLINA MIDDLE
  NCM 1  06-455              Delmore G. Comer, et al. v. A.W. Chesterton, Inc., et al.
  NCM 1  06-466              Laymon Carlyle Hayden, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1  06-150              Cathy Quinn, et al. v. A.W. Chesterton, Inc., et al.
  NCW 1  06-153              Patricia Ann Justus, etc. v. 3M Co., et al.
  NCW 1  06-159              Robert L. Tomes v. A.W. Chesterton, Inc., et al.
  NCW 1  06-164              Tula Mae Robbins, etc. v. Aqua-Chem, Inc., et al.
  NCW 1  06-168              George F. Reid, et al. v. 3M Co., et al.

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS                                       Page 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NEW JERSEY | |
| NJ  2  06-1752 | George J. Weidmuller, et al. v. Hollingsworth & Vose Co., et al. |
| NEW YORK SOUTHERN | |
| NYS  1  06-3600 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| SOUTH CAROLINA | |
| SC  8  06-1517 | Gary Alvin Gibbs, et al. v. Aqua-Chem, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS  4  06-1744 | Miranda M. Drummond, etc. v. Badger EB & Sons Co., et al. |
| ~~TXS  4  06-1758~~ | ~~Miranda M. Drummond, etc. v. Quigley Co., Inc., et al.~~ Opposed 7/19/06. |
| VIRGINIA EASTERN | |
| VAE  2  06-8899 | Perry J. Acciari v. American Standard, Inc., et al. |
| VAE  2  06-8900 | David J. Bloch v. American Standard, Inc., et al. |
| VAE  2  06-8901 | John D. Blume v. American Standard, Inc., et al. |
| VAE  2  06-8902 | Dickie R. Douglass v. American Standard, Inc., et al. |
| VAE  2  06-8903 | Louis J. Giamalva v. American Standard, Inc., et al. |
| VAE  2  06-8904 | Gustin v. American Standard, Inc., et al. |
| VAE  2  06-8905 | Robert G. Hansen v. American Standard, Inc., et al. |
| VAE  2  06-8906 | John A. Hoeniger v. American Standard, Inc., et al. |
| VAE  2  06-8907 | Reeves Kidd v. American Standard, Inc., et al. |
| VAE  2  06-8908 | Lloyd E. Mcconnaughey v. American Standard, Inc., et al. |
| VAE  2  06-8909 | Daryl L. Neitzel v. American Standard, Inc., et al. |
| VAE  2  06-8910 | Nelson v. American Standard, Inc., et al. |
| VAE  2  06-8911 | Charles E. Nordsell v. American Standard, Inc., et al. |
| VAE  2  06-8912 | Robert E. Nordquist v. American Standard, Inc., et al. |
| VAE  2  06-8913 | Ralph R. Payne v. American Standard, Inc., et al. |
| VAE  2  06-8914 | Juan J. Sanchez v. American Standard, Inc., et al. |
| VAE  2  06-8915 | Bernard D. Stalnaker v. American Standard, Inc., et al. |
| VAE  2  06-8916 | John R. Stork v. American Standard, Inc., et al. |
| VAE  2  06-8917 | Harry E. Turvey v. American Standard, Inc., et al. |
| VAE  2  06-8918 | Harold E. Vierkant v. American Standard, Inc., et al. |
| VAE  2  06-8919 | Eugene G. Vierling v. American Standard, Inc., et al. |
| VAE  2  06-8920 | Jules Vuiller v. American Standard, Inc., et al. |
| VAE  2  06-8921 | Larry T. Welch v. American Standard, Inc., et al. |
| VAE  2  06-8922 | Claude M. Knotts v. American Standard, Inc., et al. |
| VAE  2  06-8923 | Jeffrey W. Kuhn v. American Standard, Inc., et al. |
| VAE  2  06-8924 | Ervin D. Lodermeier v. American Standard, Inc., et al. |
| VAE  2  06-8925 | Everett A. Lodermeier v. American Standard, Inc., et al. |
| VAE  2  06-8926 | Seufert v. American Standard, Inc., et al. |
| VAE  2  06-8927 | Charley B. Snedeker v. American Standard, Inc., et al. |
| VAE  2  06-8928 | John R. Stocco v. American Standard, Inc., et al. |
| VAE  2  06-8929 | Humberto B. Aparicio v. American Standard, Inc., et al. |
| VAE  2  06-8930 | Margarito Baca v. American Standard, Inc., et al. |
| VAE  2  06-8931 | Charles L. Bailey v. American Standard, Inc., et al. |
| VAE  2  06-8932 | Daniel S. Barron v. American Standard, Inc., et al. |
| VAE  2  06-8933 | Duane A. Beaty v. American Standard, Inc., et al. |
| VAE  2  06-8934 | Richard W. Bennett v. American Standard, Inc., et al. |
| VAE  2  06-8935 | George R. Blackerby v. American Standard, Inc., et al. |

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS                                                     Page 3 of 4

DIST. DIV. C.A. #           CASE CAPTION

VIRGINIA EASTERN
VAE 2  06-8936              Larry D. Broadbent v. American Standard, Inc., et al.
VAE 2  06-8937              Bill R. Christian v. American Standard, Inc., et al.
VAE 2  06-8938              John M. Coleman v. American Standard, Inc., et al.
VAE 2  06-8939              George R. Culp v. American Standard, Inc., et al.
VAE 2  06-8940              Felix P. Espinoza v. American Standard, Inc., et al.
VAE 2  06-8941              Henry R. Foster v. American Standard, Inc., et al.
VAE 2  06-8942              Eugene L. Gauert v. American Standard, Inc., et al.
VAE 2  06-8943              George K. Grimes v. American Standard, Inc., et al.
VAE 2  06-8944              Victor M. Knight v. American Standard, Inc., et al.
VAE 2  06-8945              Michael A. Poninski v. American Standard, Inc., et al.
VAE 2  06-8946              Herman E. Schmidt v. American Standard, Inc., et al.
VAE 2  06-8947              Gerald B. Searcy v. American Standard, Inc., et al.
VAE 2  06-8948              Donald L. Stair v. American Standard, Inc., et al.
VAE 2  06-8949              William B. Stephens v. American Standard, Inc., et al.
VAE 2  06-8950              Neal V. Sullivan v. American Standard, Inc., et al.
VAE 2  06-8951              Jackie Ray White v. American Standard, Inc., et al.
VAE 2  06-8952              Elmer H. Hintz v. American Standard, Inc., et al.
VAE 2  06-8953              Monroe v. American Standard, Inc., et al.
VAE 2  06-8954              Joseph T. Thompson v. American Standard, Inc., et al.
VAE 2  06-8955              Monroe v. American Standard, Inc., et al.
VAE 2  06-8956              Samuel R. Hughes v. American Standard, Inc., et al.
VAE 2  06-8957              Gerald N. Mathias, Sr. v. American Standard, Inc., et al.
VAE 2  06-8958              Arthur L. Strader v. American Standard, Inc., et al.
VAE 2  06-8959              Frank Martone v. American Standard, Inc., et al.
VAE 2  06-8960              William H. Monroe, Jr. v. American Standard, Inc., et al.
VAE 2  06-8961              Robert D. Norwood v. American Standard, Inc., et al.
VAE 2  06-8962              Charles W. Perry v. American Standard, Inc., et al.
VAE 2  06-8963              Larry A. Reaser v. American Standard, Inc., et al.
VAE 2  06-8964              Donald E. Rumpler v. American Standard, Inc., et al.
VAE 2  06-8965              Armando B. Silva v. American Standard, Inc., et al.
VAE 2  06-8966              Clarence W. Stiver v. American Standard, Inc., et al.
VAE 2  06-8967              Ron J. Tarnovich v. American Standard, Inc., et al.
VAE 2  06-8968              James N. Collier v. American Standard, Inc., et al.
VAE 2  06-8969              Thomas H. Connor v. American Standard, Inc., et al.
VAE 2  06-8970              Teddy M. Ellis v. American Standard, Inc., et al.
VAE 2  06-8971              Kenneth N. Fouts v. American Standard, Inc., et al.
VAE 2  06-8972              Leslie L. Hayes v. American Standard, Inc., et al.
VAE 2  06-8973              Gary S. Vogrin v. American Standard, Inc., et al.
VAE 2  06-8974              Robert H. Chapman v. American Standard, Inc., et al.
VAE 2  06-8975              Kenneth H. Ackerman v. American Standard, Inc., et al.
VAE 2  06-8976              Larry Johnson v. American Standard, Inc., et al.
VAE 2  06-8977              Jakie Lodermeier v. American Standard, Inc., et al.
VAE 2  06-8978              Heriberto Peralta v. American Standard, Inc., et al.
VAE 2  06-8979              Albert Rael v. American Standard, Inc., et al.
VAE 2  06-8980              Frank A. Sanchez v. American Standard, Inc., et al.
VAE 2  06-8981              Ertle R. Taylor v. American Standard, Inc., et al.
VAE 2  06-8982              Lawrence V. Vigil v. American Standard, Inc., et al.

SCHEDULE - CTO-266 - TAG-ALONG ACTIONS                                      Page 4 of 4

DIST. DIV. C.A. #              CASE CAPTION

**VIRGINIA EASTERN**
VAE 4  06-3185                 Erling Bruun v. Amchem Products, Inc., et al.
VAE 4  06-3186                 William Carroll Byrum v. Amchem Products, Inc., et al.
VAE 4  06-3187                 Gerald Wayne Graham v. Amchem Products, Inc., et al.
VAE 4  06-3188                 Lerry Darnell Harper v. Amchem Products, Inc., et al.
VAE 4  06-3189                 George Edward Jones, Sr. v. Amchem Products, Inc., et al.
VAE 4  06-3190                 Milton D. Kirkland v. Amchem Products, Inc., et al.
VAE 4  06-3191                 Jimmie Joe McDonald v. Amchem Products, Inc., et al.
VAE 4  06-3192                 H. Glenn Musick v. Amchem Products, Inc., et al.
VAE 4  06-3193                 William Alexander Parker v. Amchem Products, Inc., et al.
VAE 4  06-3194                 Clyde Harper Poindexter v. Amchem Products, Inc., et al.
VAE 4  06-3195                 Charles Edward Pyatt v. Amchem Products, Inc., et al.
VAE 4  06-3196                 Arthur J. Ray v. Amchem Products, Inc., et al.
VAE 4  06-3197                 Harry Taylor Sivils, III v. Amchem Products, Inc., et al.
VAE 4  06-3198                 William Howard Smith, Jr. v. Amchem Products, Inc., et al.
VAE 4  06-3199                 Ernest Lee Williams v. Amchem Products, Inc., et al.
VAE 4  06-3200                 Larry Mitchell Winfree v. Amchem Products, Inc., et al.
VAE 4  06-3201                 Thomas Oliver Young v. Amchem Products, Inc., et al.
VAE 4  06-3202                 Jack Raymond Zeiters, Jr. v. Amchem Products, Inc., et al.
~~VAE 4  06-3203~~             ~~Ellis Edward Hales, Jr. v. Garlock Sealing Technologies, LLC, et al.~~
                               Opposed 7/13/06