BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE TOLVA,<br>Plaintiff,<br>vs.<br>GENERAL ELECTRIC COMPANY, *et al.*,<br>Defendants. | Case No. 3:06-cv-02901-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: NOV 22 2013

By: ______________________
Charles R. Breyer
United States District Judge